# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **KIMBERLY S. RIDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | **NO.:  1:11-CV-00295-CAP** |
| ) | |
| **BAC HOME LOANS SERVICING, LP** ) | |
| **and BANK OF AMERICA, N.A.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(2)

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, Kimberly S. Ridley and or her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

This 3rd day of March, 2011.

*/s/ Grady A. Roberts, III*
_____
GRADY A. ROBERTS, III
Georgia Bar No.: 609540
Attorney for Plaintiff

**ROBERTS LAW, LLC**
191 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001
Email: groberts@robertslawllc.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was electronically filed using the CM/ECF system which will automatically send email notification of such filing to Defendants' attorneys of record.

This 3rd day of March, 2011.

/s/ Grady A. Roberts, III
_____
GRADY A. ROBERTS, III
Georgia Bar No.: 609540
Attorney for Plaintiff

**ROBERTS LAW, LLC**
191 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001
Email: groberts@robertslawllc.com

## CERTIFICATE UNDER LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing pleading is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(B).

This 3rd day of March, 2011.

*/s/ Grady A. Roberts, III*
_____
GRADY A. ROBERTS, III
Georgia Bar No.: 609540
Attorney for Plaintiff

**ROBERTS LAW, LLC**
191 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001
Email: groberts@robertslawllc.com